**Vicky A. CARROLL,**
**Plaintiff/Respondent,**

v.

**Debra A. JOVANOVIC, Defendant,**

and

**Progressive Classic Insurance**
**Company, Defendant/Appellant.**

**No. ED 88350.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 9, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 19, 2007.

Application for Transfer Denied
Aug. 21, 2007.

Daniel E. Wilke, Wilke & Wilke, St.
Louis, MO, for Appellant.

Matthew C. Casey, Casey & Devoti,
P.C., St. Louis, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J.,
and MARY K. HOFF, J., and
NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

Progressive Classic Insurance Company
(Progressive) appeals from the judgment
in favor of Vicky A. Carroll (Carroll) en-
tered by the trial court upon the granting
of Carroll's motion for summary judgment
on Carroll's contract claim based on unin-
sured motorist coverage provided by Pro-
gressive.

We have reviewed the briefs of the par-
ties, the legal file, and the record on ap-

peal, and find the claim of error to be without merit. Upon *de novo* review, we find no genuine issue of material fact or error of law. An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

The parties have been furnished a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).